UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

GLEN TILLEMA, LINDA
TILLEMA, LESTER TILLEMA
AND NORMA J. TILLEMA,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS,

    Defendants.
_____/

Case No. 1:15-cv-01254
Honorable Paul L. Maloney

## CONSENT JUDGMENT QUIETING TITLE

    This matter having come before the Court upon the complaint of plaintiffs, from which it appears to this Court that the allegations contained within the pleadings are true and uncontested, and the Court understanding that the parties consent to the entry of this Judgment, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED AND ADJUDGED that the proper defendant in this action is the United States of America, for and on behalf of its agency, the Department of Veterans Affairs, formerly known as the Department of Veterans Administration.

    IT IS FURTHER ORDERED AND ADJUDGED that this Judgment pertains to the following real property which has a postal address of 1159 McLaughlin, Muskegon, Michigan 49442, more particularly described as real property located in the City of Muskegon, County of Muskegon, State of Michigan, to-wit:

      The West 46 feet of the East 303 feet of the South 120 feet of the North 145 feet of the South 1,328 feet of the Northwest ¼ of Section 28 Town 10 North, Range 16 West

      IT IS FURTHER ORDERED AND ADJUDGED that within 30 days of entry of this Judgment the United States of America will quit claim its interest in the above-referenced property to the Plaintiffs, Glen and Linda Tillema, husband and wife, and Lester Tillema and Norma J. Tillema, husband and wife.  The defendant United States of America claims no ownership or other interest in the subject property.

      IT IS FURTHER ORDERED AND ADJUDGED that this Judgment quiets title pursuant to 28 U.S.C. § 2410(a)(1).  A certified copy of this Judgment may be recorded in the Muskegon County Register of Deeds.

Dated: February __16__, 2016

      /s/ Paul L. Maloney
      HON. PAUL L. MALONEY

APPROVED AS TO BOTH FORM AND CONTENT:

*/s/ Joseph S. Bush*
JOSEPH S. BUSH
Attorney for Plaintiffs

*/s/ W. Francesca Ferguson*
W. FRANCESCA FERGUSON
Attorney for United States of America
   (on behalf of VA)